IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

BRENDA MARILYN MENENDEZ GONZALEZ

XXX-XX-6159

Debtor(s)

CASE NO. 08-06008 BKT

Chapter 13

FILED & ENTERED ON 02/23/2011

## ORDER

Upon debtor(s)' reply (see docket entry #27), the motion to dismiss filed by TRUSTEE, docket entry #26 is hereby denied.

IT IS SO ORDERED.

San Juan, Puerto Rico, this 23 day of February, 2011.

Brian K. Tester
U.S. Bankruptcy Judge

C: DEBTOR
JUAN O CALDERON LITHGOW
JOSE RAMON CARRION MORALES
TRUSTEE