# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF PUERTO RICO

IN RE:

BRENDA MARILYN MENENDEZ GONZALEZ

XXX-XX-6159

Debtor(s)

CASE NO. 08-06008 BKT

Chapter 13

FILED & ENTERED ON 02/23/2011

## ORDER

Upon debtor(s)' reply (see docket entry #27), the motion to dismiss filed by TRUSTEE, docket entry #26 is hereby denied.

IT IS SO ORDERED.

San Juan, Puerto Rico, this 23 day of February, 2011.

Brian K. Tester
U.S. Bankruptcy Judge

C: DEBTOR
JUAN O CALDERON LITHGOW
JOSE RAMON CARRION MORALES
TRUSTEE

# CERTIFICATE OF NOTICE

```
District/off: 0104-3          User: lopezm           Page 1 of 1              Date Rcvd: Feb 23, 2011
Case: 08-06008                Form ID: pdf002        Total Noticed: 1
```

The following entities were noticed by first class mail on Feb 25, 2011.
db          +BRENDA MARILYN MENENDEZ GONZALEZ,   BO BRISAS DEL NORTE,   601 CALLE URUGUAY,
             MOROVIS, PR 00687-8305

The following entities were noticed by electronic transmission.
NONE.                                                                                    TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 25, 2011**                      **Signature:**        *Joseph Speetjens*